# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JAMES ISAAC SOUTH,** | ) |
| | ) |
|     **Petitioner,** | ) |
| | ) |
| v. | )   Case No. CIV-22-268-G |
| | ) |
| **SCOTT CROW,** | ) |
| | ) |
|     **Respondent.** | ) |

## ORDER

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell on April 5, 2022 (Doc. No. 6). Judge Mitchell recommended that Petitioner James Isaac South's Application for Leave to Proceed *In Forma Pauperis* (Doc. No. 2) be denied based upon Petitioner's ability to pay the required filing fee.

Petitioner has now submitted the requisite $5.00 filing fee to the Court Clerk. *See* Doc. No. 7.

In light of Petitioner's submission of the required fee, the Court DENIES Petitioner's Application for Leave to Proceed *In Forma Pauperis* (Doc. No. 2). The Court ADOPTS the reasoning of the Report and Recommendation (Doc. No. 6) in its entirety.

IT IS FURTHER ORDERED that this matter is re-referred to Judge Mitchell for further proceedings consistent with the initial case referral.

IT IS SO ORDERED this 17th day of June, 2022.

_____
CHARLES B. GOODWIN
United States District Judge